SUSANA ALCALA WOOD, City Attorney (SBN 156366)
**LESLIE Z. WALKER, Senior Deputy City Attorney (SBN 249310)**
LWalker@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA  95814-2608
Telephone:  (916) 808-5346
Facsimile:   (916) 808-7455

Attorneys for the CITY OF SACRAMENTO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXCEL FITNESS FAIR OAKS, LLC, a California limited liability company; JAGUAR MUAY THAI, LLC, a California limited liability company; EXCEL FITNESS, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>GAVIN NEWSOM, in his official capacity as Governor of California; XAVIER BECERRA, in his official capacity as the Attorney General of California; SANDRA SHREWY, MPH, MSW, in her official capacity as the Interim Director and State Public Health Officer; DARRELL STEINBERG, in his official capacity as Mayor of the City of Sacramento; THOM BOGUE, in his official capacity as Mayor of the City of Dixon; OLIVIA KASIRYE, MD, in her official capacity as Sacramento County Public Health Officer; BELA MATYAS, MD, in his official capacity as Solano County Public Health Officer; SCOTT R. JONES, in his official capacity as Sacramento County Sheriff; THOMAS A. FERRARA, in his official capacity as Solano County Sheriff; DANIEL HAHN, in his official capacity as Chief of Police of the City of Sacramento; ROBERT THOMPSON, in | Case No.:  2:20-cv-02153-JAM-CKD<br><br>**STIPULATION AND ORDER EXTENDING CITY OF SACRAMENTO'S TIME TO FILE A RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT** |

his official capacity as Chief of Police of the City of Dixon; ANNE MARIE SCHUBERT, in her official capacity as Sacramento County District Attorney; KRISHNA A. ABRAMS, in her official capacity as Solano County District Attorney; SUSANA ALCALA WOOD, in her official capacity as City Attorney for the City of Sacramento; DOUGLAS WHITE, in his official capacity as City Attorney for the City of Dixon; PHIL SERNA, in his official capacity as a Sacramento County Supervisor; PATRICK KENNEDY, in his official capacity as a Sacramento County Supervisor; SUSAN PETERS, in her official capacity as a Sacramento County Supervisor; SUE FROST, in her official capacity as a Sacramento County Supervisor; DON NOTTOLI, in his official capacity as a Sacramento County Supervisor; ERIN HANNIGAN, in her official capacity as Solano County Supervisor; MONICA BROWN, in her official capacity as Solano County Supervisor; JIM SPERING, in his official capacity as Solano County Supervisor; JOHN VASQUEZ, in his official capacity as Solano County Supervisor; SKIP THOMSON, in his official capacity as Solano County Supervisor; and DOES 1 through 100,

Defendants.

Plaintiffs Excel Fitness Fair Oaks, LLC, Jaguar Muay Thai, LLC, and Excel Fitness, LLC and Defendants Mayor Darrell Steinberg, Chief of Police Daniel Hahn, and City Attorney Susana Alcala Wood ("City Defendants"), by and through their respective attorneys, Melissa G. Fulgencio and Leslie Z. Walker, hereby jointly stipulate and respectfully request an extension for City of Sacramento to file a responsive pleading to Plaintiffs' Complaint for Declaratory Relief, Injunctive Relief, and Damages.

1.      Plaintiffs filed the Complaint on October 26, 2020.

2. Plaintiffs served Defendants Mayor Darrell Steinberg and City Attorney Susana Alcala Wood on November 2, 2020 and Chief of Police Daniel Hahn on November 12, 2020.

3. Pursuant to a Stipulation between Plaintiffs and Defendants Mayor Darrell Steinberg, Chief of Police Daniel Hahn, City Attorney Susana Alcala Wood, Dr. Olivia Kasirye, County Sheriff Scott R. Jones, District Attorney Anne Marie Schubert, County Board Chair Phil Serna, County Supervisor Patrick Kennedy, County Supervisor Susan Peters, County Supervisor Sue Frost, and County Supervisor Don Nottoli filed on November 19, 2020, City Defendants' responsive pleading is currently due December 14, 2020.

3. Plaintiffs and City of Sacramento Defendants request an extension for City of Sacramento Defendants to respond to the Complaint up to and including December 21, 2020.

4. The parties are not requesting any other dates be modified at this time.

DATED: December 10, 2020

SUSANA ALCALA WOOD,
City Attorney

By: *Leslie Zoena Walker (Dec 11, 2020 08:55 PST)*
**LESLIE Z. WALKER**
Senior Deputy City Attorney

Attorneys for the
CITY OF SACRAMENTO

DATED: December 11, 2020

By: *[signature]*
**MELISSA G. FULGENCIO**

Attorneys for EXCEL FITNESS FAIR OAKS, LLC, JAGUAR MUAY THAI, LLC, AND EXCEL FITNESS, LLC

**ORDER**

The forgoing stipulation of the parties is approved, and **IT IS SO ORDERED.**

DATED:  December 11, 2020

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE