SUSANA ALCALA WOOD, City Attorney (SBN 156366)
**LESLIE Z. WALKER, Senior Deputy City Attorney (SBN 249310)**
LWalker@cityofsacramento.org
CITY OF SACRAMENTO
915 I Street, Room 4010
Sacramento, CA  95814-2608
Telephone:  (916) 808-5346
Facsimile:   (916) 808-7455

Attorneys for the DARRELL STEINBERG, SUSANA ALCALA WOOD, and DANIEL HAHN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXCEL FITNESS FAIR OAKS, LLC, a California limited liability company; JAGUARY MUAY THAI, LLC, a California limited liability company; EXCEL FITNESS, LLC, a California limited liability company,<br><br>            Plaintiffs,<br><br>   vs.<br><br>GAVIN NEWSOM, in his official capacity as Governor of California; XAVIER BECERRA, in his official capacity as the Attorney General of California; SANDRA SHREWY, MPH, MSW, in her official capacity as the Interim Director and State Public Health Officer; DARRELL STEINBERG, in his official capacity as Mayor of the City of Sacramento; THOM BOGUE, in his official capacity as Mayor of the City of Dixon; OLIVIA KASIRYE, MD, in her official capacity as Sacramento County Public Health Officer; BELA MATYAS, MD, in his official capacity as Solano County Public Health Officer; SCOTT R. JONES, in his official capacity as Sacramento County Sheriff; THOMAS A. FERRARA, in his official capacity as Solano County Sheriff; DANIEL HAHN, in his official capacity as | Case No.:  2:20-cv-02153-JAM-CKD<br><br>**STIPULATION AND ORDER EXTENDING RULE 26(f) JOINT STATUS REPORT DATE BASED ON PENDING MOTIONS TO DISMISS** |

| | |
|---|---|
| 1 | Chief of Police of the City of Sacramento; ROBERT THOMPSON, in his official capacity as Chief of Police of the City of Dixon; ANNE MARIE SCHUBERT, in her official capacity as Sacramento County District Attorney; KRISHNA A. ABRAMS, in her official capacity as Solano County District Attorney; SUSANA ALCALA WOOD, in her official capacity as City Attorney for the City of Sacramento; DOUGLAS WHITE, in his official capacity as City Attorney for the City of Dixon; PHIL SERNA, in his official capacity as a Sacramento County Supervisor; PATRICK KENNEDY, in his official capacity as a Sacramento County Supervisor; SUSAN PETERS, in her official capacity as a Sacramento County Supervisor; SUE FROST, in her official capacity as a Sacramento County Supervisor; DON NOTTOLI, in his official capacity as a Sacramento County Supervisor; ERIN HANNIGAN, in her official capacity as Solano County Supervisor; MONICA BROWN, in her official capacity as Solano County Supervisor; JIM SPERING, in his official capacity as Solano County Supervisor; JOHN VASQUEZ, in his official capacity as Solano County Supervisor; SKIP THOMSON, in his official capacity as Solano County Supervisor; and DOES 1 through 100,<br><br>                Defendants. | |

WHEREAS, Plaintiffs filed the operative complaint with the Court on October 26, 2020, (Dkt. 1);

WHEREAS, Defendants filed motions to dismiss Plaintiffs' complaint on November 20, 2020 (Dkt. 13), December 14, 2020 (Dkts. 19 and 20), and December 21, 2021 (Dkt. 24);

WHEREAS, Defendants' motions to dismiss were set for hearing on January 26, 2021;

WHEREAS, pursuant to this Court's Order Requiring Service of Process and Joint Status Report (Dkt. 9), the parties understand the current deadline to submit a Rule 26(f) joint status

report is January 26, 2021;

WHEREAS, the parties' interests in minimizing discovery costs while the pleadings are not set, as well as judicial economy, are served by delaying the Rule 26(f) joint status report and all related requirements until (14) days after Defendants file their answers.

NOW THEREFORE, THE PARTIES TO THIS ACTION STIPULATE THROUGH THEIR RESPECTIVE COUNSEL TO THE FOLLOWING:

1. That counsel of record have authority to enter this Stipulation on behalf of their respective clients;

2. That the parties request the Court enter an order extending the deadline for the parties to prepare and submit a Rule 26(f) joint status report and all related requirements until fourteen (14) days after Defendants file their answers; and

3. The parties agree that any discovery in this matter shall not be served until a scheduling order or other similar order is issued following the parties' submittal of the Rule 26(f) joint status report and incorporated discovery plan.

DATED: January 26, 2021                     UPLIFT LAW, P.C.

By: /s/ MELISSA G. FULGENCIO
**MELISSA G. FULGENCIO**
Attorneys for Plaintiffs EXCEL FITNESS FAIR OAKS, LLC; JAGUAR MUAY THAI, LLC; AND EXCEL FITNESS, LLC

DATED: January 26, 2021                     ANGELO, KILDAY & KILDUFF, LLP

By: /s/ JOHN A. WHITESIDES
**JOHN A. WHITESIDES**
Attorneys for Defendants THOM BOGUE, ROBERT THOMPSON, DOUGLAS WHITE, and Real Party In Interest, CITY OF DIXON

| | | |
|---|---|---|
| 1 | DATED:  January 26, 2021 | MEYERS, NAVE, RIBACK, SILVER & WILSON |

By: /s/ DEBORAH J. FOX
**DEBORAH J. FOX**
Attorneys for Defendants DR. OLIVIA KASIRYE, SCOTT R. JONES, ANNE MARIE SCHUBERT, PHIL SERNA, PATRICK KENNEDY, SUSAN PETERS, SUE FROST, and DON NOTTOLI

DATED:  January 26, 2021                    SELMAN BREITMAN, LLP

By: /s/ DANIELLE K. LEWIS
**DANIELLE K. LEWIS**
Attorneys for Defendants BELA MATYAS, MD; THOMAS A. FERRARA; KRISHNA A. ABRAMS; ERIN HANNIGAN; MONICA BROWN; JIM SPERING; JOHN VASQUEZ and SKIP THOMPSON

DATED:  January 26, 2021                    STATE OF CALIFORNIA, DEPARTMENT OF JUSTICE ATTORNEY GENERAL

By: /s/ JOHN W. KILEEN
**JOHN W. KILEEN**
Attorneys for Defendants GAVIN NEWSOM, XAVIER BECERRA, and SANDRA SHEWRY

DATED:  January 26, 2021                    SUSANA ALCALA WOOD, City Attorney

By: /s/ LESLIE Z. WALKER
**LESLIE Z. WALKER**
Senior Deputy City Attorney
Attorneys for the DARRELL STEINBERG SUSANA ALCALA WOOD, and DANIEL HAHN

4

STIPULATION AND ORDER EXTENDING RULE 26(f) JOINT STATUS REPORT DATE BASED ON PENDING MOTIONS TO DISMISS
994948

**Attestation of Concurrence in the Filing**

The filer, Leslie Z. Walker, attests that all other signatories listed on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.

**ORDER**

The Court, having reviewed the Parties' stipulation regarding extending the deadline to file a Rule 26(f) joint status report, and good cause appearing therefore, IT IS HEREBY ORDERED that the deadline for the parties to prepare and submit a Rule 26(f) joint status report be extended until fourteen (14) days after Defendants file their answers, and that neither party shall serve discovery until a scheduling order or other similar order issues pursuant to such joint status report and discovery plan.

**IT IS SO ORDERED.**

DATED: January 26, 2021          /s/ John A. Mendez
                                 THE HONORABLE JOHN A. MENDEZ
                                 UNITED STATES DISTRICT COURT JUDGE